# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

In Re:                                                      Case No. 19-11122

Katrina F. Chambers
  *aka* Katrina Floyd Chambers                          Chapter 13
  *aka* Katrina Chambers

Debtor.                                                     Judge Austin E. Carter

**REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)**

      Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

    D. Anthony Sottile
    Authorized Agent for Home Point Financial Corporation
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com

Dated: October 8, 2019                      /s/ D. Anthony Sottile
                                                        D. Anthony Sottile
                                                        Authorized Agent for Creditor
                                                        Sottile & Barile, LLC
                                                        394 Wards Corner Road, Suite 180
                                                        Loveland, OH 45140
                                                         Phone: 513.444.4100
                                                        Email: bankruptcy@sottileandbarile.com

**CERTIFICATE OF SERVICE**

I certify that on October 8, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    J.D. Honeycutt, III, Debtor's Counsel
    jhoneycutt@woodallpflepsen.com

    Kristin Hurst, Chapter 13 Trustee
    ecf@ch13trustee.com

    Office of the United States Trustee
    ustpregion21.mc.ecf@usdoj.gov

I further certify that on October 8, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Katrina F. Chambers, Debtor
    3414 Plantation Dr.
    Albany, GA 31721

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com